UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
| --- | --- |
| Green Point Management Systems, LLC | Case No.: 8-23-71078 - LAS |
| Debtor. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears as counsel for Board of Managers of The 231 Norman Avenue Condominium, a creditor and a party in interest in the above-captioned matter. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, request is hereby made that all papers, pleadings, motions and applications served or required to be served in this case be given to and served upon the following:

> LASSER LAW GROUP, PLLC
> 633 Third Avenue, Suite 1301
> New York, NY 10017
> Attn: Stephen M. Lasser
> Phone: (212) 292-3075
> Email: slasser@lasserlg.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and paper referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, telephone, telegraph, telex or otherwise which may affect the rights or interests, in any way of/in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the undersigned's request to be added to the master mailing list and the ECF/Pacer electronic notice list for the above-referenced case.

Dated: April 26, 2023
       New York, New York

/s/ *Stephen M. Lasser*

Stephen M. Lasser, Esq.
LASSER LAW GROUP, PLLC
*Attorneys for Board of Managers of The 231 Norman Avenue Condominium*
633 Third Avenue, Suite 1301
New York, NY 10017
Phone: (212) 292-3075
Email: slasser@lasserlg.com