JACOBS P.C.
*Proposed Attorneys for the Debtor*
*Green Point Management Systems, LLC*
595 Madison Avenue, 39th Floor
New York, New York 10022
(212) 229-0476

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re								Case No.: 23-71078

GREEN POINT MANAGEMENT SYSTEMS, LLC.,
								Chapter 11
			Debtor.
-----------------------------------------------------------------X

# DECLARATION OF ADAM ROSEN
# IN SUPPORT OF THE DEBTOR'S MOTION TO RETAIN
# JACOBS P.C. AS THE DEBTOR'S ATTORNEYS

Adam Rosen declares:

1. I am the Debtor's Managing Member.

2. I am authorized to make this statement on behalf of the Debtor.

3. I have personal knowledge of the facts stated herein.

4. I submit this declaration in support of the Debtor's motion to retain Jacobs P.C., as its attorneys in this case.

5. I agreed to pay for the Initial Retainer of $1,738.

6. I will not be seeking a return of the retainer or filing a claim against the estate based on my payment of the retainer.

7. These payment arrangements were fully disclosed to the Debtor and it consents to this arrangement.

8. I acknowledge that despite this payment arrangement that Jacobs P.C. represents

the Debtor, first and foremost.

9.  I understand that Jacobs P.C.'s duties and loyalty are to the Debtor alone.

10. If I require an attorney in connection with this case, I shall retain my own, independent counsel.

11. I declare the foregoing statements of fact to be true and correct under penalties of perjury, pursuant to 28 U.S.C. § 1746.

Dated: New York, NY
       June 20, 2023

                                                      /s/Adam Rosen
                                                      Adam Rosen