```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
In re:                                          Chapter 11
                                                Case No.: 23-71078-las
GREEN POINT MANAGEMENT SYSTEMS, LLC,

                          Debtor.
----------------------------------------x
```

## CERTIFICATE OF SERVICE

I, Nancy L. Kourland, Esq. do hereby affirm that I am not a party to this action and am over 18 years of age.

On July 19, 2023, I caused a copy of the Order Scheduling Hearing on Shortened Notice and the Emergency Motion to Compel the Debtor to Provide Access, together with all exhibits, to be served by electronic mail on:

US Trustee for Region 2 - Christine.H.Black@usdoj.gov

Counsel to the Debtor - leo@jacobspc.com

Debtor – adam0091@aol.com

Columbia Capital - feinlawny@yahoo.com; jcantanno@tgny.law

Howard Rosengarten & Assoc., HR Associates, MISF - psluka@farrellfritz.com

Gerald Rosengarten – ckesch@ganfershore.com

Sandra Rosengarten – LouisFogel@LouisFogellaw.com

Charles Feit – charles@onforcesolar.com

Elie Tahari - jcohen@egsllp.com

Adam Neumann - aendick@velaw.com

                                                /s/ Nancy L. Kourland
                                                Nancy. L. Kourland