**EXHIBIT D**

**SALE NOTICE**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------x-----

In re                                                    :        Chapter 11
                                                         :
**GREENPOINT MANAGEMENT SYSTEMS**        :        Case No: 23-71078-las
**LLC**
                                                         :
                              Debtor.          :

------------------------------------x

## NOTICE OF AUCTION AND SALE HEARING FOR PROPERTY LOCATED AT 231 NORMAN AVENUE, SUITE 106, BROOKLYN, NEW YORK

        **PLEASE TAKE NOTICE** that on September__, 2023, the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") entered an order (the "Bid Procedures Order") [ECF No. ___], approving, among other things, the terms, and procedures (the "Bid Procedures") by which Greenpoint Management Systems LLC (the "Debtor") could sell real property located at 231 NORMAN AVENUE, SUITE 106, BROOKLYN, NEW YORK, (the "Property"). A copy of the Bid Procedures is enclosed herewith or can be requested by calling, writing, or sending an e-mail to the Debtor's undersigned counsel.

        **PLEASE TAKE FURTHER NOTICE** that any individual or entity wishing to submit an offer to purchase the Property must abide by the terms and conditions of the Bid Procedures Order and the Bid Procedures.

        **PLEASE TAKE FURTHER NOTICE** that a Potential Bidder who desires to make a bid must deliver a written copy of its bid to the following parties so that it is received by such parties not later than **5:00 p.m. (prevailing Eastern Time) on _____, 2023** (the "Bid Deadline"):

                (a) counsel to the Debtor, JACOBS P.C., 595 Madison Avenue, 39th Floor New York, New York 10023, Attention: Leo Jacobs, Esq., (212) 229-0476, and leo@jacobspc.com; and

                (b) broker to the Debtor, NORTHGATE REALTY GROUP (the "Broker"), 433 5th Avenue, 4th Floor, New York, NY 10016, Attention: Greg Corbin, 212.419.8101, greg@northgatereg.com.

        **PLEASE TAKE FURTHER NOTICE** that a general or complete description of the Property is available from and viewings of the Property may be organized with the Broker.

**PLEASE TAKE FURTHER NOTICE** that the Auction, if required, will commence at __:__ _.m. **(Prevailing Eastern Time) on November ___, 2023**. The Auction will take place at the above-listed address for Jacobs P.C. Only Qualified Bidders (as defined in the Bid Procedures) who meet the requirements set forth in the Bid Procedures may participate in the Auction.

**PLEASE TAKE FURTHER NOTICE** that on **_____, 2023 at__ _:__ _.m.,** the Sale Hearing will be held before the Honorable Louis A. Scarcella, United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, 100 Federal Plaza, Central Islip, NY 11722, at which the Debtor will seek entry of an order (the "Sale Order") authorizing and approving the sale to the Successful Bidder. The Sale Hearing may be adjourned or rescheduled without further notice except by an announcement of the adjourned date at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that objections to the relief request requested relating to the approval of the Sale in the Sale Order must be filed and served to be received by the Court and the undersigned counsel by no later than **November ___, 2023 at 5:00 p.m. (prevailing Eastern Time)**.

Dated: New York, New York
     September ___, 2023

        JACOBS P.C.
        Counsel for the Debtor
        595 Madison Avenue, 39th Floor
        New York, New York 10023
        (212) 229-0476
        By: /s/ Leo Jacobs
            Leo Jacobs