**EXHIBIT G**

**EXPEDITED SCHEDULING ORDER**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                                                             Chapter 11
                                                                                                                               Case No.: 23-71078-las

GREEN POINT MANAGEMENT SYSTEMS, LLC,

                                           Debtor.
------------------------------------------------------------------x

**ORDER SCHEDULING AN EXPEDITED HEARING TO
CONSIDER DEBTOR'S MOTION REGARDING SCHEDULING
AN AUCTION AND ESTABLISHING BIDDING PROCEDURES
REGARDING THE SALE OF THE DEBTOR'S CONDOMINIUM
LOCATED AT 231 NORMAN AVENUE, SUITE 106, BROOKLYN,
NEW YORK, FREE AND CLEAR OF LIENS, INTERESTS AND
ENCUMBRANCES**

       **UPON** the motion (the "Motion") of Green Point Management Systems, LLC, the debtor and the debtor-in-possession (the "Debtor"), by and through its attorneys, Jacobs PC, regarding scheduling an auction and establishing bidding procedures regarding the sale of the Debtor's condominium located at 231 Norman Avenue, Suite 106, Brooklyn, New York, free and clear of liens, interests and encumbrances (the "Motion"); and upon the declaration of Wayne Greenwald, Esq. of September 22, 2023; and the Court having determined that expedited relief is appropriate, it is hereby

      **ORDERED** that the Court shall hold a hearing on October __, 2023, at _____, at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11722 in courtroom 970, to consider the Motion; and it is further

      **ORDERED** that the Debtor shall serve the Motion and its supporting papers upon all creditors, parties in interest and the United States Trustee, by electronic mail and if no electronic mail address is available by overnight mail, not later than September __, 2023; and it is further

**ORDERED** that responsive pleadings, if any, shall be filed and served upon the Debtor's counsel, Jacobs PC, 595 Madison Avenue, 39th Floor, New York, New York 10022, and the United States Trustee, 560 Federal Plaza, Central Islip, NY 11722-4456, not later than October __, 2023; and it is further

**ORDERED** that the Debtor shall file an affidavit of service attesting to service of this Order and the underlying application not later than September __, 2023.